UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| KIMBERLY R. STEWART, | Civil No. C08-5207 FDB |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for a de novo hearing and further administrative proceedings, including but not limited to the following: the administrative law judge will further consider Plaintiff's mental impairment and the "special technique" set out in 20 C.F.R. § 416.920a should be followed; re-evaluate the opinions of the medical sources; reevaluate the credibility of Plaintiff's subjective complaints; reevaluate Plaintiff's RFC; and supplemental vocational expert evidence should be obtained, if warranted.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff is entitled to seek reasonable attorney fees and costs pursuant to 28 USC § 2412(d) upon proper request to the Court. Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 10th day of October, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY   WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:    206-615-2531
thomas.elsberry@ssa.gov