# United States District Court

## WESTERN DISTRICT OF WASHINGTON

KIMBERLY R. STEWART

    v.

MICHAEL J. ASTRUE

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C-08-5207 FDB

___      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XXX__      **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This case is **Reversed** and **Remanded** for a de novo hearing and further administrative proceedings, including but not limited to the following: the administrative law judge will further consider Plaintiff's mental impairment and the "special technique" set out in 20 C.F.R. § 416.920a should be followed; re-evaluate the opinions of the medical sources; reevaluate the credibility of Plaintiff's subjective complaints; reevaluate Plaintiff's RFC; and supplemental vocation expert evidence should be obtained, if warranted.

| | |
|---|---|
| October 15, 2008 | BRUCE RIFKIN |
| | Clerk |
| | |
| | *J.L. Patton* |
| | Deputy Clerk |